**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Air & Power Mechanical, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-5312296** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **745 W. Betteravia Road**<br>**Santa Maria, CA 93454**<br>Number, Street, City, State & ZIP Code | **1212 S. Speed Street**<br>**Santa Maria, CA 93454**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Santa Barbara**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Air & Power Mechanical, LLC**

Name                                          Case number (*if known*)

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3327

**8.  Under which chapter of the
Bankruptcy Code is the
debtor filing?**

A debtor who is a "small
business debtor" must check
the first sub-box. A debtor as
defined in § 1182(1) who
elects to proceed under
subchapter V of chapter 11
(whether or not the debtor is a
"small business debtor") must
check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate
noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than
$3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of
operations, cash-flow statement, and federal income tax return or if any of these documents do not
exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated
debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to
proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent
balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if
any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in
accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and
Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the
*Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11*
(Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy
cases filed by or against
the debtor within the last 8
years?**
If more than 2 cases, attach a
separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

| Debtor | **Air & Power Mechanical, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13.** **Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Air & Power Mechanical, LLC**                                    Case number (*if known*)
        Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **Air & Power Mechanical, LLC**                                    Case number (*if known*) _____
_____
_____Name_____

▮▮▮  **Request for Relief, Declaration, and Signatures**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/08/2024
                           _____
                           MM / DD / YYYY

X _Jenelyn M. Winters_                           Jenelyn M. Winters
Signature of authorized representative of debtor     Printed name

Title    **Managing Member**

**18. Signature of attorney**    X _Sandra K. McBeth_        Date    05/08/2024
                                  Signature of attorney for debtor                _____
                                                                                  MM / DD / YYYY

**Sandra K. McBeth 138697**
Printed name

**Sandra K. McBeth, A Professional Law Corporation**
Firm name

**7343 El Camino Real #185**
**Atascadero, CA 93422**
Number, Street, City, State & ZIP Code

Contact phone    **805.464.2959**        Email address    **smcbeth@mcbethlegal.com**

**138697 CA**
Bar number and State

**United States Bankruptcy Court**
**Central District of California**

In re  **Air & Power Mechanical, LLC**

Debtor(s)

Case No.

Chapter  **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Jenelyn M. Winters**, declare under penalty of perjury that I am the **Managing Member** of **Air & Power Mechanical, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the  8th day of  May , 2024.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Jenelyn M. Winters, **Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jenelyn M. Winters, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jenelyn M. Winters, Managing Member** of this Corporation is authorized and directed to employ **Sandra K. McBeth 138697**, attorney and the law firm of **Sandra K. McBeth, A Professional Law Corporation** to represent the corporation in such bankruptcy case."

Date    05/08/2024

Signed  *Jenelyn M. Winters*
Jenelyn M. Winters

Resolution of Board of Directors
of
**Air & Power Mechanical, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jenelyn M. Winters, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jenelyn M. Winters, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jenelyn M. Winters, Managing Member** of this Corporation is authorized and directed to employ **Sandra K. McBeth 138697**, attorney and the law firm of **Sandra K. McBeth, A Professional Law Corporation** to represent the corporation in such bankruptcy case.

Date _____05/08/2024_____    Signed _____
                                              Jenelyn M. Winters, Managing Member

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Sandra K. McBeth 138697**<br>**7343 El Camino Real #185**<br>**Atascadero, CA 93422**<br>**805.464.2959 Fax: 805.357.5905**<br>California State Bar Number: **138697 CA**<br>**smcbeth@mcbethlegal.com** | |

■ *Attorney for:*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Air & Power Mechanical, LLC**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **7** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  <u>Jenelyn M. Winters</u>    , the undersigned in the above-captioned case, hereby declare
       *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                   **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:
    ☐ I am the president or other officer or an authorized agent of the Debtor corporation
    ☐ I am a party to an adversary proceeding
    ☐ I am a party to a contested matter
    ■ I am the Managing Member for the Debtor corporation

2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
    *[For additional names, attach an addendum to this form.]*

   b. ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

05/08/2024
_____
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:   **Jenelyn M. Winters**
_____
Printed name of Debtor, or attorney for
Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**N/A**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at __Santa Maria__ , California.

Date: _____05/08/2024_____

Jenelyn M. Winters
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                      *Page 1*              **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **Air & Power Mechanical, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................    $    **200,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................    $    **21,939.17**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................    $    **221,939.17**

| Part 2: | Summary of Liabilities |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **780,190.35**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    **219,726.34**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$    **387,000.28**

4.  Total liabilities ....................................................................................................
   Lines 2 + 3a + 3b

   $    **1,386,916.97**

**Fill in this information to identify the case:**

Debtor name     **Air & Power Mechanical, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
      Name of institution (bank or brokerage firm)              Type of account              Last 4 digits of account number

4.    **Other cash equivalents** *(Identify all)*

      4.1.   **Uncashed check from Perrett & Rancho** _____                                $638.17

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        | $638.17 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

Debtor   **Air & Power Mechanical, LLC**                                          Case number *(If known)* _____
_____
Name

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies**<br>**Misc tools**<br>**(located at 745 W. Betteravia, Santa Maria CA)** | | $0.00 | | $1,000.00 |

| 23. | **Total of Part 5.** | | $1,000.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture**<br>**Office furniture, laptop, 4 desks, file cabinets, TV, fax/copy/scanner machine**<br>**(located at 745 W. Betteravia, Santa Maria CA)** | $0.00 | | $300.00 |

| Debtor | **Air & Power Mechanical, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$300.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2017 Chevrolet Silverado 1500  206,000 miles**<br>**(located at 706 Oak Street, Taft, CA)** | $0.00 | | $5,000.00 |
| 47.2.  **2016 Chevrolet 2500 HD  180,000 miles**<br>**(located at 745 W. Betteravia, Santa Maria CA)** | $0.00 | | $11,000.00 |
| 47.3.  **2012 Dodge Ram 1500  170,000 miles**<br>**(located at 706 Oak Street, Taft, CA)** | $0.00 | | $4,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$20,000.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No

| Debtor | **Air & Power Mechanical, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **706 Oak Street, Taft, CA** | **Fee** | **$0.00** | | **$200,000.00** |

56.    **Total of Part 9.**                                                           | **$200,000.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** **Domain "a-pmechanical.com"** | **$0.00** | | **$1.00** |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

Debtor    **Air & Power Mechanical, LLC**                          Case number *(If known)* _____
_____
Name

| | |
|---|---|
| 66. **Total of Part 10.** | **$1.00** |
| Add lines 60 through 65. Copy the total to line 89. | |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Air & Power Mechanical, LLC**                                    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $638.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $300.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................>* | | $200,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $21,939.17 | + 91b. $200,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $221,939.17 |

**Fill in this information to identify the case:**

Debtor name    **Air & Power Mechanical, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1** **CA Dept of Tax & Fee Admin**
Creditor's Name

**P.O. Box 942879
Sacramento, CA 94279**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**12/27/23**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Personal property assets**

Describe the lien
**State tax lien/UCC**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,496.58**    **Unknown**

**2.2** **Charles Lawton Family Trust**
Creditor's Name

**156 Cornerstone Lane
Arroyo Grande, CA 93420**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2022**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**706 Oak Street, Taft, CA**

Describe the lien
**Commercial loan secured by Deed of Trust**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$75,000.00**    **$200,000.00**

| Debtor | **Air & Power Mechanical, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Julie Alldredge**
**2. Charles Lawton Family Trust**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CHTD Company** | | **Describe debtor's property that is subject to a lien** | $0.00 | Unknown |
|---|---|---|---|---|---|
| | Creditor's Name | | **Personal property assets** | | |

**PO Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

**Describe the lien**
**Financing statement/UCC**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**4/30/19**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Corporation Service Company** | | **Describe debtor's property that is subject to a lien** | $0.00 | Unknown |
|---|---|---|---|---|---|
| | Creditor's Name | | **Personal property assets** | | |

**PO Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**1/11/23**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **EDD** | | **Describe debtor's property that is subject to a lien** | $0.00 | Unknown |
|---|---|---|---|---|---|
| | Creditor's Name | | **Personal property assets** | | |

**722 Capitol Mall**
**West Sacramento, CA 95798**

---

Debtor  **Air & Power Mechanical, LLC**                                    Case number (if known) _____
     Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**State tax lien** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **3/9/2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **(see Schedule E)** | | |

**Insolvency**
**PO Box 7346**
**Philadelphia, PA 19101**

| | |
|---|---|
| Creditor's mailing address | |
| | **Describe the lien**<br>**Several Federal tax lien** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2021** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | **Julie Alldredge** | Describe debtor's property that is subject to a lien | $190,000.00 | $200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **706 Oak Street, Taft, CA** | | |

**11975 W. Dynamite Lane**
**Kuna, ID 83634**

| | |
|---|---|
| Creditor's mailing address | |
| | **Describe the lien**<br>**First trust deed** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2022** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

---

| Debtor | **Air & Power Mechanical, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **NXGEN Capital** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Personal property assets** | | |

**1608 S. Ashland Ave
Chicago, IL 60608**

Creditor's mailing address

Describe the lien
**Financing statement/Blanket UCC**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/13/19**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Rockne Financial** | Describe debtor's property that is subject to a lien | **$8,693.77** | **$4,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **2012 Dodge Ram 1500  170,000 miles (located at 706 Oak Street, Taft, CA)** | | |

**PO Box 1239
Santa Maria, CA 93456**

Creditor's mailing address

Describe the lien
**Registered lien on**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **US Small Business Adminstration** | Describe debtor's property that is subject to a lien | **$500,000.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Personal property assets** | | |

**1545 Hawkins Blvd Ste 202
El Paso, TX 79925**

Creditor's mailing address

Describe the lien
**Blanket UCC lien**

Is the creditor an insider or related party?
■ No

---

| Debtor | **Air & Power Mechanical, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

Creditor's email address, if known
_____

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**10/14/21**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $780,190.35

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Internal Revenue Service.**<br>**Po Box 145585**<br>**Cincinnati, OH 45250** | Line __2.6__ | |

**Fill in this information to identify the case:**

Debtor name __**Air & Power Mechanical, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**CA Dept of Tax & Fee Admin**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Listed out of caution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**EDD**<br>**Bankruptcy Group MIC 92E**<br>**PO Box 826880**<br>**Sacramento, CA 94280** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,717.89** | **$12,717.89** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employment taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Debtor   **Air & Power Mechanical, LLC**                                                          Case number (if known) _____
     Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address
**Franchise Tax Board**
**Bankruptcy Section MS: A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is:      **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Listed out of caution**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address
**Internal Revenue Service**
**Insolvency**
**PO Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:      **$0.03**    **$0.03**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**941**
**March $0.01, June $0.01, Sept $0.01, Dec $0**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.5**

Priority creditor's name and mailing address
**Internal Revenue Service**
**Insolvency**
**PO Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:      **$71,238.83**    **$71,238.83**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:
**941**
**March $17,403.30, June $13,507.28,**
**Sept $11,460.57, Dec $28,867.68**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.6**

Priority creditor's name and mailing address
**Internal Revenue Service**
**Insolvency**
**PO Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:      **$114,101.92**    **$114,101.92**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:
**941**
**March $27,734.70, June $30,232.88,**
**Sept $28,857.73, Dec $27,276.61**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Air & Power Mechanical, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,303.40 | $21,303.40 |
|---|---|---|---|---|
| | **Internal Revenue Service Insolvency PO Box 7346 Philadelphia, PA 19101** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2021** | **941 March $5,354.49, June $14,846.10, Sept $1,102.81, Dec $0** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $364.27 | $364.27 |
|---|---|---|---|---|
| | **Internal Revenue Service Insolvency PO Box 7346 Philadelphia, PA 19101** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2020** | **940** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.07 |
|---|---|---|---|
| | **A&G Compressor Parts Inc 17712 Crabb Lane Huntington Beach, CA 92647** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Misc business debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|
| | **All American Drilling Inc 2361 A Street Santa Maria, CA 93455** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Business loan** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,543.08 |
|---|---|---|---|
| | **American Industrial Supply 543C W Betteravia Rd Santa Maria, CA 93455** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Misc business debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Air & Power Mechanical, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address

**Archrock**
PO Box 201160
Dallas, TX 75320

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Misc business debt

Is the claim subject to offset? ■ No  ☐ Yes

**$32,299.00**

---

**3.5** | Nonpriority creditor's name and mailing address

**Bakersfield Well & Pump Co**
7212 Fruitvale Ave
Bakersfield, CA 93308

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business loan

Is the claim subject to offset? ■ No  ☐ Yes

**$15,000.00**

---

**3.6** | Nonpriority creditor's name and mailing address

**Betteravia Road Properties**
PO Box 5020
Santa Maria, CA 93456

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Misc business debt

Is the claim subject to offset? ■ No  ☐ Yes

**$5,140.62**

---

**3.7** | Nonpriority creditor's name and mailing address

**BG&S West Manufacturing**
PO Box 80573
Bakersfield, CA 93380

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Misc business debt

Is the claim subject to offset? ■ No  ☐ Yes

**$6,567.37**

---

**3.8** | Nonpriority creditor's name and mailing address

**Carburetion & Turbo Systems**
1897 Eagle Creek Blvd
Shakopee, MN 55379

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Misc business debt

Is the claim subject to offset? ■ No  ☐ Yes

**$775.02**

---

**3.9** | Nonpriority creditor's name and mailing address

**Carquest Auto Parts**
PO Box 404875
Atlanta, GA 30384

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Misc business debt

Is the claim subject to offset? ■ No  ☐ Yes

**$1,088.71**

---

**3.10** | Nonpriority creditor's name and mailing address

**Coastal Spring & Alignment**
708 Oak St
Santa Maria, CA 93454

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Misc business debt

Is the claim subject to offset? ■ No  ☐ Yes

**$645.92**

---

| Debtor | **Air & Power Mechanical, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,829.55** |
|---|---|---|---|

**Cook Compression**
**22372 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Misc business debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,474.04** |
|---|---|---|---|

**Coughran Mechanical Services Inc**
**PO Box 158**
**Rio Vista, CA 94571**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Misc business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$325.19** |
|---|---|---|---|

**CSC of Santa Maria**
**2310 S. Westgate Rd #10**
**Santa Maria, CA 93456**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Misc business debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,251.96** |
|---|---|---|---|

**Cummins Pacific LLC**
**PO Box 848731**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Misc business debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,847.50** |
|---|---|---|---|

**Diesel & Industrial Machine**
**3536 Diesel Court**
**Bakersfield, CA 93308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Misc business debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,696.85** |
|---|---|---|---|

**DXP Enterprises Inc**
**PO Box 840511**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Misc business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,192.87** |
|---|---|---|---|

**Exline Inc**
**PO Box 1487**
**Salina, KS 67402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Misc business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Air & Power Mechanical, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $503.45 |
|---|---|---|---|

**Galloway & Associates**
**2236 S. Broadway Ste M**
**Santa Maria, CA 93454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Misc business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,231.36 |
|---|---|---|---|

**Grainger**
**2955 W. Hwy 6**
**Dept 886738933**
**Palatine, IL 60038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Misc business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |
|---|---|---|---|

**Harrington Farms**
**3770 Highway 33**
**Maricopa, CA 93252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,843.27 |
|---|---|---|---|

**Husker Power Products, Inc**
**PO Box 2006**
**Hastings, NE 68902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Misc business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,237.64 |
|---|---|---|---|

**IFG Services Inc**
**PO Box 2106**
**Bakersfield, CA 93303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Misc business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,402.72 |
|---|---|---|---|

**Interstate Batteries**
**406 W. Betteravia Ste  B**
**Santa Maria, CA 93455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Misc business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,074.01 |
|---|---|---|---|

**Kapitus Servicing**
**120 W 45th St**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Air & Power Mechanical, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,237.28**

**Len Knight**
**PO Box 2670**
**Santa Maria, CA 93457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,425.00**

**Lindsay Engineering LLC**
**4023 Camino Ranchero, Ste G**
**Camarillo, CA 93012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Misc business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,905.43**

**Martin Energy Group Services**
**PO Box 729**
**Tipton, MO 65081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Misc business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$373.26**

**McClure Equipment Inc**
**1131 33rd Street**
**Bakersfield, CA 93301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Misc business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,106.52**

**Miller Drilling Company**
**329 North Main Street**
**Templeton, CA 93465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Misc business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,553.41**

**MurCal**
**41343 12st Street West**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Misc business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,236.96**

**OnDeck**
**4700 W. Daybreak Pkwy #200**
**South Jordan, UT 84009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Air & Power Mechanical, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address**

**Performance Driveline**
129 E 21st St
Bakersfield, CA 93305

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Misc business debt

Is the claim subject to offset? ☒ No  ☐ Yes

**$3,942.80**

---

**3.33** | **Nonpriority creditor's name and mailing address**

**Perry's Electric Motors & Controls**
414 S. Western Ave
Santa Maria, CA 93458

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Misc business debt

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,000.00**

---

**3.34** | **Nonpriority creditor's name and mailing address**

**Placer Title Co/Compass & Anvil**
1401 Dolliver Street, Ste 103
Pismo Beach, CA 93449

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business loan

Is the claim subject to offset? ☒ No  ☐ Yes

**$69,250.00**

---

**3.35** | **Nonpriority creditor's name and mailing address**

**Quinn Company**
PO Box 849665
Los Angeles, CA 90084

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Misc business debt

Is the claim subject to offset? ☒ No  ☐ Yes

**$4,652.24**

---

**3.36** | **Nonpriority creditor's name and mailing address**

**S&W Power Systems Inc**
PO Box 94638
Oklahoma City, OK 73143

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Misc business debt

Is the claim subject to offset? ☒ No  ☐ Yes

**$27,199.04**

---

**3.37** | **Nonpriority creditor's name and mailing address**

**Safety Kleen Systems Inc**
PO Box 975201
Dallas, TX 75397

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Misc business debt

Is the claim subject to offset? ☒ No  ☐ Yes

**$781.51**

---

**3.38** | **Nonpriority creditor's name and mailing address**

**Sandoval Welding**
814 Patti Lane
Santa Maria, CA 93458

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Misc business debt

Is the claim subject to offset? ☒ No  ☐ Yes

**$2,890.00**

---

| Debtor | **Air & Power Mechanical, LLC** | Case number *(if known)* |
| | Name | |

---

**3.39**

**Nonpriority creditor's name and mailing address**

**Santa Barbara Co EHC/CUPA**
**2125 S. Centerpointe Pkwy #333**
**Santa Maria, CA 93455**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Misc business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,391.00**

---

**3.40**

**Nonpriority creditor's name and mailing address**

**SPS Support Services**
**25783 Jefferson Ave, Ste 110**
**Murrieta, CA 92562**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Misc business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,777.54**

---

**3.41**

**Nonpriority creditor's name and mailing address**

**Stein Manufacturing, Inc**
**4030 South Wabash Ave**
**Hastings, NE 68901**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Misc business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,205.89**

---

**3.42**

**Nonpriority creditor's name and mailing address**

**Trojan Petroleum Inc**
**PO Box 2484**
**Santa Maria, CA 93457**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Misc business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,565.47**

---

**3.43**

**Nonpriority creditor's name and mailing address**

**Valley Power Systems**
**PO Box 39000**
**San Francisco, CA 94139**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Misc business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,158.36**

---

**3.44**

**Nonpriority creditor's name and mailing address**

**Vortox Air Technology Inc**
**121 S. Indian Hill Blvd**
**Claremont, CA 91711**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Misc business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$666.72**

---

**3.45**

**Nonpriority creditor's name and mailing address**

**Wetherill Associates/WAI Global**
**PO Box 735859**
**Dallas, TX 75373**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Misc business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,301.65**

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Air & Power Mechanical, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **EDD**<br>**PO Box 989061**<br>**West Sacramento, CA 95798** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 219,726.34 |
| **5b. Total claims from Part 2** | 5b. + | $ 387,000.28 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 606,726.62 |

**Fill in this information to identify the case:**

Debtor name      **Air & Power Mechanical, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
        (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name  **Air & Power Mechanical, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Jenelyn M. Winters** | | **US Small Business Adminstration** | ■ D ___**2.10**___<br>☐ E/F _____<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name __Air & Power Mechanical, LLC__

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/08/2024            X _Jenelyn M. Winters_
                                      Signature of individual signing on behalf of debtor

                                      Jenelyn M. Winters
                                      Printed name

                                      Managing Member
                                      Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name    **Air & Power Mechanical, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$0.00** |
| **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$608,000.00** |
| **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | **$813,265.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Air & Power Mechanical, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ally PO Box 380902 Minneapolis, MN 55438** | **2023 Chevrolet 3500 HD Cab chassis** | **2/2024** | **$56,000.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Air & Power Mechanical, LLC**                                   Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Sandra K. McBeth, APLC**<br>**7343 El Camino Real #185**<br>**Atascadero, CA 93422** | **Attorney Fees $4,000.00**<br>**Filing fees $338.00** | **4/16/24** | **$4,338.00** |
| **Email or website address**<br>**smcbeth@mcbethlegal.com** | | | |
| **Who made the payment, if not debtor?**<br>**Jenelyn Winters** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

| Debtor | Air & Power Mechanical, LLC | Case number *(if known)* | |
|---|---|---|---|

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Community Bank of Santa Maria**<br>**1521 S. Broadway**<br>**Santa Maria, CA 93454** | **XXXX-3729** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **1/2024** | **$0.00** |
| 18.2. | **Community Bank of Santa Maria**<br>**1521 S. Broadway**<br>**Santa Maria, CA 93454** | **XXXX-4263** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **1/2024** | **$0.00** |
| 18.3. | **Community Bank of Santa Maria**<br>**1521 S. Broadway**<br>**Santa Maria, CA 93454** | **XXXX-4743** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **1/2024** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Air & Power Mechanical, LLC**                                    Case number *(if known)*

---

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Coastal Vineyard Care** | **706 Oak Street**<br>**Taft, CA** | **3 engines** | **$60,000.00** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.    Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor    **Air & Power Mechanical, LLC**                                        Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Jeff Magnatis** | **2020-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Jeff Magnatis** | |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.    **Galloway & Associates**<br>**2236 S Broadway, Ste M**<br>**Santa Maria, CA 93454** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Jeff Magnatis** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

Debtor    **Air & Power Mechanical, LLC**                                    Case number *(if known)*

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Gary Winters (deceased 9/2023)** | | **President** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Jenelyn Winters** | | **Managing member** | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | **Gary Winters** | **$3,836** | **2023** | **draws** |
| | **Relationship to debtor**<br>**President** | | | |
| 30.2. | **Jeremy Bartolomei** | **$49,682** | **2023** | **draws & payroll** |
| | **Relationship to debtor**<br>**Informal partner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

Debtor  **Air & Power Mechanical, LLC**                                      Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                    05/08/2024

_____        Jenelyn M. Winters
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor  **Managing Member**  _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Air & Power Mechanical, LLC** _____  Case No. _____

Debtor(s)  Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,000.00** |
| Prior to the filing of this statement I have received | $ | **4,000.00** |
| Balance Due | $ | **0.00** |

2.  $ **338.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **Jenelyn Winters**

4.  The source of compensation to be paid to me is:

☐ Debtor    ■ Other (specify):    **N/A**

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/08/2024
_____
Date

*Sandra K. M^cBeth*

Sandra K. McBeth 138697
*Signature of Attorney*
**Sandra K. McBeth, A Professional Law Corporation**
**7343 El Camino Real #185**
**Atascadero, CA 93422**
**805.464.2959  Fax: 805.357.5905**
**smcbeth@mcbethlegal.com**
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sandra K. McBeth 138697<br>7343 El Camino Real #185<br>Atascadero, CA 93422<br>805.464.2959 Fax: 805.357.5905<br>California State Bar Number: 138697 CA<br>smcbeth@mcbethlegal.com | |

☐ *Debtor(s) appearing without an attorney*

☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Air & Power Mechanical, LLC**<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **7**<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __8__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___05/08/2024___

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: ___05/08/2024___

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                   **F 1007-1.MAILING.LIST.VERIFICATION**

Air & Power Mechanical, LLC
1212 S. Speed Street
Santa Maria, CA 93454


Sandra K. McBeth
Sandra K. McBeth, A Professional Law Corporation
7343 El Camino Real #185
Atascadero, CA 93422


A&G Compressor Parts Inc
17712 Crabb Lane
Huntington Beach, CA 92647


All American Drilling Inc
2361 A Street
Santa Maria, CA 93455


American Industrial Supply
543C W Betteravia Rd
Santa Maria, CA 93455


Archrock
PO Box 201160
Dallas, TX 75320


Bakersfield Well & Pump Co
7212 Fruitvale Ave
Bakersfield, CA 93308


Betteravia Road Properties
PO Box 5020
Santa Maria, CA 93456

BG&S West Manufacturing
PO Box 80573
Bakersfield, CA 93380


CA Dept of Tax & Fee Admin
P.O. Box 942879
Sacramento, CA 94279


Carburetion & Turbo Systems
1897 Eagle Creek Blvd
Shakopee, MN 55379


Carquest Auto Parts
PO Box 404875
Atlanta, GA 30384


Charles Lawton Family Trust
156 Cornerstone Lane
Arroyo Grande, CA 93420


CHTD Company
PO Box 2576
Springfield, IL 62708


Coastal Spring & Alignment
708 Oak St
Santa Maria, CA 93454


Cook Compression
22372 Network Place
Chicago, IL 60673

Corporation Service Company
PO Box 2576
Springfield, IL 62708


Coughran Mechanical Services Inc
PO Box 158
Rio Vista, CA 94571


CSC of Santa Maria
2310 S. Westgate Rd #10
Santa Maria, CA 93456


Cummins Pacific LLC
PO Box 848731
Los Angeles, CA 90084


Diesel & Industrial Machine
3536 Diesel Court
Bakersfield, CA 93308


DXP Enterprises Inc
PO Box 840511
Dallas, TX 75284


EDD
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280


EDD
722 Capitol Mall
West Sacramento, CA 95798

EDD
PO Box 989061
West Sacramento, CA 95798

Exline Inc
PO Box 1487
Salina, KS 67402

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Galloway & Associates
2236 S. Broadway Ste M
Santa Maria, CA 93454

Grainger
2955 W. Hwy 6
Dept 886738933
Palatine, IL 60038

Harrington Farms
3770 Highway 33
Maricopa, CA 93252

Husker Power Products, Inc
PO Box 2006
Hastings, NE 68902

IFG Services Inc
PO Box 2106
Bakersfield, CA 93303

```
Internal Revenue Service
Insolvency
PO Box 7346
Philadelphia, PA 19101


Internal Revenue Service.
Po Box 145585
Cincinnati, OH 45250


Interstate Batteries
406 W. Betteravia Ste  B
Santa Maria, CA 93455


Julie Alldredge
11975 W. Dynamite Lane
Kuna, ID 83634


Kapitus Servicing
120 W 45th St
New York, NY 10036


Len Knight
PO Box 2670
Santa Maria, CA 93457


Lindsay Engineering LLC
4023 Camino Ranchero, Ste G
Camarillo, CA 93012


Martin Energy Group Services
PO Box 729
Tipton, MO 65081
```

McClure Equipment Inc
1131 33rd Street
Bakersfield, CA 93301


Miller Drilling Company
329 North Main Street
Templeton, CA 93465


MurCal
41343 12st Street West
Palmdale, CA 93551


NXGEN Capital
1608 S. Ashland Ave
Chicago, IL 60608


OnDeck
4700 W. Daybreak Pkwy #200
South Jordon, UT 84009


Performance Driveline
129 E 21st St
Bakersfield, CA 93305


Perry's Electric Motors & Controls
414 S. Western Ave
Santa Maria, CA 93458


Placer Title Co/Compass & Anvil
1401 Dolliver Street, Ste 103
Pismo Beach, CA 93449

Quinn Company
PO Box 849665
Los Angeles, CA 90084


Rockne Financial
PO Box 1239
Santa Maria, CA 93456


S&W Power Systems Inc
PO Box 94638
Oklahoma City, OK 73143


Safety Kleen Systems Inc
PO Box 975201
Dallas, TX 75397


Sandoval Welding
814 Patti Lane
Santa Maria, CA 93458


Santa Barbara Co EHC/CUPA
2125 S. Centerpointe Pkwy #333
Santa Maria, CA 93455


SPS Support Services
25783 Jefferson Ave, Ste 110
Murrieta, CA 92562


Stein Manufacturing, Inc
4030 South Wabash Ave
Hastings, NE 68901

Trojan Petroleum Inc
PO Box 2484
Santa Maria, CA 93457


US Small Business Adminstration
1545 Hawkins Blvd Ste 202
El Paso, TX 79925


Valley Power Systems
PO Box 39000
San Francisco, CA 94139


Vortox Air Technology Inc
121 S. Indian Hill Blvd
Claremont, CA 91711


Wetherill Associates/WAI Global
PO Box 735859
Dallas, TX 75373

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Sandra K. McBeth 138697**<br>**7343 El Camino Real #185**<br>**Atascadero, CA 93422**<br>**805.464.2959 Fax: 805.357.5905**<br>California State Bar Number: **138697 CA**<br>**smcbeth@mcbethlegal.com** | |

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>   **Air & Power Mechanical, LLC**<br><br>                                    Debtor(s),<br><br>                                    Plaintiff(s),<br><br><br><br><br><br>                                    Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **7** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __Jenelyn M. Winters_____ , the undersigned in the above-captioned case, hereby declare
           *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.　　　　I have personal knowledge of the matters set forth in this Statement because:

　　　　☐ I am the president or other officer or an authorized agent of the Debtor corporation

　　　　☐ I am a party to an adversary proceeding

　　　　☐ I am a party to a contested matter

　　　　■ I am the attorney for the Debtor corporation

2.a.　☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

　　　　　*[For additional names, attach an addendum to this form.]*

　b.　■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **May  8, 2024** | By:  **/s/ Jenelyn M. Winters** |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name:  **Managing Member** |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                      **F 1007-4.CORP.OWNERSHIP.STMT**